## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 9, 2024     **Time in Court:** 25 minutes     **Judge:** VINCE CHHABRIA

**Case No.:** 23-cr-00044-VC-1     **Case Name:** UNITED STATES v. Fardella

**Attorney for United States of America:** Josiah Bournes
**Attorney for Defendant:** Matthew Dirkes
**Defendant:** [X] PRESENT [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody [] Not In Custody

**Deputy Clerk:** Bhavna Sharma     **Court Reporter:** Cathy Taylor
**Interpreter:** N/A     **Probation Officer:** Denise Mancia

## PROCEEDINGS

Sentencing – held

## RESULT OF HEARING

Oral arguments made and heard regarding appropriate custodial sentence.

Defendant addressed the Court.

Defendant committed to the Bureau of Prisons for a term of 60 months, followed by 3 years of supervised release.

Special Assessment fee of $100 imposed. Fine waived. Court struck special condition #3 and the latter portion of special condition #4 for the reasons as stated on the record. Defense counsel confirmed that he reviewed the standard conditions of supervised release with the defendant. See Judgment for additional conditions.

The Court recommended defendant be designated to FCI Victorville and participate in the Residential Drug Abuse Program (RDAP).

Defendant's appearance waived for the Restitution Hearing. Parties may file a stipulation to vacate the hearing if restitution issue has been resolved.

**CASE CONTINUED TO: November 6, 2024, at 1:00 P.M., for Restitution Hearing in Courtroom 4, 17th floor.**