UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 29, 2025    **Time in Court: 42 minutes**    **Judge:** VINCE CHHABRIA

**Case No.:** 23-cr-00044-VC-2    **Case Name:** UNITED STATES v. Crowder

**Attorney for United States of America: Sophia Cooper**
**Attorney for Defendant: Angela Chuang**
**Defendant: [X] PRESENT [] NOT PRESENT**
**Defendant's Custodial Status: [X] In Custody [] Not In Custody**

**Deputy Clerk:** Bhavna Sharma    **Court Reporter:** Kendra Steppler
**Interpreter:** N/A    **Probation Officer:** Brian Casai

## PROCEEDINGS

Sentencing – held.

## RESULT OF HEARING

Court adopted the PSR and guideline calculations contained therein.

Oral arguments made and heard regarding appropriate custodial sentence.

Defendant addressed the Court.

Defendant committed to the Bureau of Prisons for a term of 30 months as to Counts 1 and 2, to be served concurrently, followed by 3 years of supervised release as to Counts 1 and 2, to be served concurrently.

Special Assessment fee of $200 imposed. Fine waived. Court did not impose condition #2. Defense counsel confirmed that she reviewed the standard conditions of supervised release with the defendant. See Judgment for additional conditions.

The Court recommended defendant be designated to a facility as close to the San Francisco Bay Area as possible and participate in the Residential Drug Abuse Program (RDAP).

Court requested the USMS to request that defendant see a psychiatrist while at San Francisco County Jail.

Discussion held regarding restitution. Court ordered defendant pay restitution in the amount of $2,600 and that the $434.60 that was seized by the Government to be applied to the restitution amount. Court waived interest on restitution.

Court granted stay of J&C until 4/29/2025. Parties responsible for reminding the Court of the issuance of the J&C.